# United States Bankruptcy Court

## District of Connecticut

Filed and Entered
On Docket
August 25, 2017

In re:
Gaylia Marie Bennett(other names used by debtor: Gaylia M. Watrouse)
Last four digits of Social−Security No or other Individual Taxpayer−Identification No (ITIN): xxx−xx−5980
Debtor

Case Number: 17−30765 amn
Chapter: 7

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that a Hearing will be held at **157 Church Street, 18th Floor, New Haven, CT 06510** on **September 6, 2017** at **09:30 AM** to consider and act upon the following matter(s):

**Motion for Relief from Stay regarding 2010 Mercedes Benz C Class Filed by Mitchell J. Levine on behalf of Mercedes−Benz Financial Services USA LLC, Creditor. (Re: Doc #12)**

**CERTIFICATE OF SERVICE DUE:** August 30, 2017 before 4:00 p.m. Failure to file by the due date may result in the hearing being marked off.

**NOTE:** If the Filer or the Filer's attorney does not participate in the above scheduled hearing, the court may enter an order denying the matter(s) identified above.

Dated: August 25, 2017

For the Court
Myrna Atwater
Clerk of Court

United States Bankruptcy Court
District of Connecticut
157 Church Street, 18th Floor
New Haven, CT 06510

Tel. (203) 773−2009
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 112 − pe

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

# INSTRUCTIONS REGARDING THE ATTACHED NOTICE OF HEARING

## TO THE MOVING PARTY

You are required to serve the attached Notice of Hearing along with these instructions in accordance with the Bankruptcy Rules.

You are required to file a Certificate of Service with the court indicating the names and physical address of each party served.

If you wish to request a continuance of the **initial hearing**, you must file a request for continuance of initial hearing (refer to court's website at www.ctb.uscourts.gov for the official form). Any subsequent requests for continuance require the filing of a Motion to Continue Hearing.

Myrna Atwater, Clerk of Court